NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAPITAL MACHINE COMPANY, INC., AND INDIANA FORGE, LLC,**
*Plaintiffs/Counterclaim Defendants-Appellants,*

AND

**WILLIAM L. KOSS,**
*Counterclaim Defendant,*

**v.**

**MILLER VENEERS, INC., THOMAS A. MILLER, BENJAMIN R. MILLER, SALLY M. SANDO, ROBERT D. BRAND, INDIANAPOLIS VENEER WORKS, LLC, EGENOLF MACHINE, INC., AND MERRITT PLYWOOD MACHINERY, INC.,**
*Defendants/Counterclaimants-Appellees.*

---

2014-1171

---

Appeal from the United States District Court for the Southern District of Indiana in No. 1:09-cv-00702-JMS-DML, Judge Jane Magnus-Stinson.

---

**JUDGMENT**

---

PAUL B. OVERHAUSER, Overhauser Law Offices, LLC, of Greenfield, Indiana, argued for plaintiffs/counterclaim defendants-appellants.

MICHAEL A. SWIFT, Maginot, Moore & Beck, LLP, of Indianapolis, Indiana, argued for defendants/counterclaimants-appellees. Of counsel on the brief were J. LEE MCNEELY, CYNTHIA A. BEDRICK, and CHARLES B. DAUGHERTY, McNeely Stephenson Thopy & Harrold, of Shelbyville, Indiana.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 August 7, 2014          /s/ Daniel E. O'Toole
 Date                Daniel E. O'Toole
                         Clerk of Court